United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01928-HWV
Deanna Eva Salenieks Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: ntcnfhrg Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Eva Salenieks, 1403 Georgetown Road, Middletown, PA 17057-3464 |
| 5816575 | + | Aaron's Rent, 400 Loucks road, York, PA 17404-1724 |
| 5816577 | + | Ez Rent A Car, 1578 W Market Street, Pottsville, PA 17901-2210 |
| 5816578 | | FCR Services, 8 Goodyear Ste 110, Irvine, CA 92618-3762 |
| 5816574 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5816583 | + | Turo Car Rental, 111 Sutter Street, Floor 12, San Francisco, CA 94104-4541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5816576 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 19:00:18 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5816579 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 27 2026 19:00:18 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5816572 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 19:02:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5825178 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 19:02:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5816580 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 19:02:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5816581 | | Email/Text: camanagement@mtb.com | Aug 27 2026 19:02:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5816582 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 19:10:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5826360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 19:10:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5820569 | + | Email/Text: bankruptcy@bbandt.com | Aug 27 2026 19:02:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |
| 5817062 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 27 2026 19:00:18 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5827896 | ^ | MEBN | Aug 27 2026 18:57:21 | WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL SER, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |
| 5816584 | ^ | MEBN | Aug 27 2026 18:56:10 | Westlake Portfolio Management, Westlake Portfolio Management, P.O. Box 76809, Los Angeles, CA 90076-0809 |

| | | | |
|---|---|---|---|
| 5816573 | + Email/Text: kcm@yatb.com | Aug 27 2026 19:02:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Deanna Eva Salenieks dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Deanna Eva Salenieks,<br>fka Deanna Eva Arter, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:26−bk−01928−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 30, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: October 7, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 27, 2026 |

ntcnfhrg (08/21)